IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Q EXCELSIOR ITALIA SRL,<br><br>    Plaintiff,<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 1:21-cv-01166<br><br>Honorable Judge Martha M. Pacold |

## PARTIAL FINAL JUDGMENT UNDER RULE 54(b)

**IT IS HEREBY ORDERED, DECLARED, AND ADJUDGED** as follows:

1. Based on the November 21, 2022 Memorandum Opinion and Order, the claims of Q Excelsior Italia Srl ("Excelsior") are dismissed with prejudice, except with respect to that portion of the claims seeking coverage under the Cancellation of Bookings provision of the Policy No. PPR 3700638-17 (the "Policy"). (ECF No. 77).

2. This judgment finally disposes of, and is appealable as to, all of Excelsior's claims, except for that portion of the claims seeking coverage under the Cancellation of Bookings provision of the Policy, which the parties have agreed to dismiss with prejudice separately.

3. The Court directs that this judgment be entered as a partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) as there is no just reason to delay the appeal.

SO ORDERED, this 7th day of February, 2023.

                /s/ Martha M. Pacold
                Honorable Judge Martha M. Pacold